# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

August 25, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Aug 27, 2025
KELLY L. STEPHENS, Clerk

Re: John Gavette
v. United Wholesale Mortgage, LLC
No. 25-220
(Your No. 24-1557)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 16, 2025 and placed on the docket August 25, 2025 as No. 25-220.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst